

179 WESTBURY AVENUE, CAR[...]

**Via ECF**

Hon. Philip M. Halpern
The Hon. Charles L. Brieant Jr.
Federal Building and United States
300 Quarropas Street
White Plains, NY 10601-4150

> Application granted.
>
> The telephonic pre-motion conference on Defendant's anticipated motion to dismiss scheduled for July 26, 2023 is rescheduled to August 21, 2023 at 10:00 a.m. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         July 10, 2023

      Re:    *Collins v. The Valley Central School District, et al.*
             Docket No. 23-cv-04844 (PMH) (JCM)
             File No. 220039

Dear Judge Halpern:

    We represent defendants Valley Central School District (the "District") and Board of Education of the Valley Central School District (the "Board") (collectively the "District defendants"). We write on the gracious consent of all counsel to request an adjournment of the July 26, 2023 pre-motion conference as I have an arbitration scheduled for that day.

    The parties have conferred and are available on August 2, August 3, August 7, or August 14. This is the first request for an adjournment of the conference.

    Thank you for the consideration of this matter.

                                            Respectfully submitted,

                                           SOKOLOFF STERN LLP

                                           ADAM I. KLEINBERG

cc:    ALL COUNSEL OF RECORD (VIA ECF)