UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
AMANDA COLLINS,                                           Civil Action No.:
                            Plaintiff,     7:23-cv-04844-PMH

-against-

THE VALLEY CENTRAL SCHOOL DISTRICT,
THE BOARD OF EDUCATION OF THE VALELY
CENTRAL SCHOOL DISTRICT,
MICHAEL CONKLIN, Individually and in
His Official Capacity,

                          Defendants.

-----------------------------------------------------------------------X

## ~~PROPOSED~~ ORDER

This matter comes before the Court on the parties' Stipulation filed on August 25, 2023 The Court, having reviewed the Stipulation, hereby **ORDERS** as follows:

1. Plaintiff's claim for punitive damages against the Defendants The Valley Central School District and The Board of Education of The Valley Central School District is withdrawn.

2. Plaintiff's claim for emotional distress damages pursuant to Title IX of the Education Amendments of 1972 is withdrawn.

SO ORDERED.

Dated: White Plains, New York
         August 28, 2023

_____
PHILIP M. HALPERN
UNITED STATES DISTRICT JUDGE

1