UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
AMANDA COLLINS,

                Plaintiff,

Civil Action No.:
7:23-cv-04844-PMH

      -against-

THE VALLEY CENTRAL SCHOOL DISTRICT,
THE BOARD OF EDUCATION OF THE VALELY
CENTRAL SCHOOL DISTRICT,
MICHAEL CONKLIN, Individually and in
His Official Capacity,

                Defendants.
-------------------------------------------------------------------X

## [PROPOSED] RULE 68 JUDGMENT

This matter comes before the Court upon Plaintiff's acceptance of Defendant Valley Central School District's Offer of Judgment. After review of the Offer and Notice of Acceptance, it is hereby **ORDERED** that judgment is hereby entered in favor of Plaintiff in the amount of $50,000.00, pursuant to Fed. R. Civ. P. 68.

SO ORDERED

Dated: White Plains, New York
January 17, 2024

_____
Philip M. Halpern
United States District Judge

1